**INDEX OF EXHIBITS**

A) Letter of Gregory Russell
B) Letter of Kori Loving
C) Letter of Myisha Hopkins
D) Letter of Margarita Hopkins
E) Letter of Shadonna Bradford
F) Letter of Jeranique Jernigan
G) Letter of Mattie Wallace
H) The Quad Article
I) Letter of Marine V. Mason
J) Letter of Lamont Mason