# Government Exhibit A

(Pictures of Nike Air Jordan shoes taken during search of Mason's residence on May 3, 2016).



