# Government Exhibit B

(Picture of counterfeit card ending in 3896 used by Charles Mason in November 2015)

