# Government Exhibit C

(Excerpts from Charles Mason's Facebook account – pages 1364–66)



Instagram Business Record — Page 1364

```
                3514527655495_126429527_n.jpg?ig_cache_key=MTEyMjE2MjkwMDYzMTY4MDM5NQ
                %3D%3D.2
         Source Library
         Filter - Unknown
      Upload Ip 172.56.27.50
   Is Published true
      Shared By false
         Author
        Caption
                    Id 11221629052286337442
           Date Created 2015-11-20 04:04:24 UTC
                 Status Active
                   Text A Night In Miami
          Image
```

```
                    Id 1122157595373991194
                 Taken 2015-11-20 03:53:51 UTC
                Status 0 - Active
                   Url http://photos-b.ak.instagram.com/hphotos-ak-xta1/t51.2885-15/e35/11906295_56251
                       6237230777_1186728595_n.jpg?ig_cache_key=MTEyMjE1NzU5NTM3Mzk5MTE5NA%3
                       D%3D.2
         Source Library
         Filter - Unknown
      Upload Ip 172.56.27.50
   Is Published true
      Shared By false
         Author
```

Instagram Business Record — Page 1365

**Caption**
Id 1122157599417300923
Date Created 2015-11-20 03:53:51 UTC
Status Active
Text Me And Coach Smart

**Image**



Id 11220937249572751 88
Taken 2015-11-20 01:46:57 UTC
Status 1 - Deleted by user
Url https://origincache-xpt1.fbcdn.net/t51.2885-15/12552266_188258364867327_119806 4035_n.jpg?ig_cache_key=MTEyMjA5MzcyNDk1NzI3NTE4OA%3D%3D.2
Source Camera
Filter - Unknown
Upload Ip 172.56.41.229

