# Government Exhibit E

(Screenshot from Mason's Joker Stash account)



(Order page for Mason's Joker Stash. He placed 722 orders for roughly 3,050 cards)