# Government Exhibit F

(Pictures of gift cards seized during October 2016 search of Mason's residence)





