# Government Exhibit G

(Notifications visible on Mason's iPhone)

