# Government Exhibit H

(Pictures from Mason's social media accounts)









