# Government Exhibit I

(Text Messages between Mason and Bandgang member Rose)

1/13/2016 5:36:15 PM(UTC-5), 685305221 (Obeast87)

| 28 | Participants:<br>688369845<br>masebands<br>652991814<br>Rose<br><br>Source: ICQ: 688369845<br>Source Extraction: Logical<br>Body file: chat-4064.txt | Start Time: 1/18/2016 11:58:48 AM(UTC-5)<br>Last Activity: 4/29/2016 11:29:32 AM(UTC-4)<br>Number of attachments: 2 |
|---|---|---|

1/18/2016 11:58:48 AM(UTC-5), 652991814 (Rose )

3/18/2016 9:20:40 AM(UTC-4), 652991814 (Rose )

3/18/2016 9:21:25 AM(UTC-4), 652991814 (Rose )

3/18/2016 9:21:55 AM(UTC-4), 688369845 (masebands )
What's the deal

3/18/2016 9:22:23 AM(UTC-4), 652991814 (Rose )
You tryinna put some shit together?

3/18/2016 9:23:35 AM(UTC-4), 688369845 (masebands )
Hell yeah , hell Yeah

3/18/2016 9:29:59 AM(UTC-4), 652991814 (Rose )
Big trip next friday if you choose to come first day you gone have to work my shit 25% next day if you choose to you can get yo own shit and do yo thang you gone need id and chip blanks should be doing 50k a day 3 days long days 8 am to midnight this shit all a test run but if it goes rite everybody stands to gain

3/18/2016 9:38:19 AM(UTC-4), 688369845 (masebands )
Come on I'll do it just like that . I can get some chip blanks from you ?

3/18/2016 9:39:25 AM(UTC-4), 652991814 (Rose )
Ill give em to you for what i get em for

3/18/2016 9:40:32 AM(UTC-4), 688369845 (masebands )
That's what I'm tryna hear , so how much Ima need to get my own shit

3/18/2016 9:41:47 AM(UTC-4), 652991814 (Rose )
A band should do you rite

3/18/2016 9:42:24 AM(UTC-4), 688369845 (masebands )
No problem I'll be ready . where we headed ?

3/18/2016 9:50:58 AM(UTC-4), 652991814 (Rose )
Carolina

3/18/2016 10:00:16 AM(UTC-4), 688369845 (masebands )
Alright , you got some shit that's popping in the mall for today ? I'm Finna go to Miami later I need to grab some fits rq

3/18/2016 10:00:30 AM(UTC-4), 688369845 (masebands )
I'll throw u something

3/18/2016 10:01:01 AM(UTC-4), 652991814 (Rose )
I aint never tried none of my shit in the mall

3/18/2016 10:02:01 AM(UTC-4), 688369845 (masebands )
Ok damn

3/18/2016 10:02:52 AM(UTC-4), 652991814 (Rose )
Try 552486 if it work just get me some shit too

577

3/18/2016 10:03:49 AM(UTC-4), 652991814 (Rose)
Try the $10 201 shit

3/18/2016 10:58:46 AM(UTC-4), 688369845 (masebands)
The 101 shit don't do nothing ?

3/18/2016 10:59:05 AM(UTC-4), 652991814 (Rose)
Sometimes 201 hit more often

3/18/2016 10:59:49 AM(UTC-4), 688369845 (masebands)
I was tryna go to footlocker wit it . But okay imma use the 201s

3/18/2016 10:59:58 AM(UTC-4), 688369845 (masebands)
Cause footlocker got the chip

3/18/2016 11:00:46 AM(UTC-4), 688369845 (masebands)
It don't matter about what base to use in this bin ?

3/18/2016 8:23:51 PM(UTC-4), 652991814 (Rose)
High base

4/23/2016 11:05:33 AM(UTC-4), 652991814 (Rose)
Attachments:
(Empty File)

4/23/2016 11:05:45 AM(UTC-4), 652991814 (Rose)
Let me know if you got somebody need these 12 a piece

4/23/2016 5:11:48 PM(UTC-4), 688369845 (masebands)
Meeeeeeeeeeee

4/23/2016 5:21:43 PM(UTC-4), 652991814 (Rose)
How many you need

4/23/2016 5:32:05 PM(UTC-4), 688369845 (masebands)
10 -15

4/23/2016 6:36:12 PM(UTC-4), 652991814 (Rose)
Alr what type

4/23/2016 6:37:30 PM(UTC-4), 688369845 (masebands)
VISA and masters so half and half

4/23/2016 6:37:32 PM(UTC-4), 652991814 (Rose)
Got these too

4/23/2016 6:37:35 PM(UTC-4), 652991814 (Rose)
Attachments:
photo.jpg

4/23/2016 6:38:05 PM(UTC-4), 688369845 (masebands)
I fasho need those how much more ?

4/23/2016 6:40:30 PM(UTC-4), 652991814 (Rose)
same price

4/23/2016 6:41:57 PM(UTC-4), 688369845 (masebands)
So 7 visas and 7 masters

4/23/2016 8:05:19 PM(UTC-4), 652991814 (Rose)
Alr im boutta make it now you dont care what bank?

4/23/2016 8:06:07 PM(UTC-4), 688369845 (masebands)
You can do pnc n the rest don't matter in yang Canada punches

4/23/2016 8:06:43 PM(UTC-4), 652991814 (Rose)
What you mean Yang

4/23/2016 9:07:18 PM(UTC-4), 652991814 (Rose)
Got em put together when you want em

4/23/2016 9:13:52 PM(UTC-4), 688369845 (masebands)
I'm using lol

4/23/2016 10:40:28 PM(UTC-4), 652991814 (Rose)
Alr when you want em

4/23/2016 11:18:01 PM(UTC-4), 688369845 (masebands)
Tomorrow

4/23/2016 11:29:04 PM(UTC-4), 652991814 (Rose)
Alr

4/26/2016 9:20:44 PM(UTC-4), 688369845 (masebands)
I got the money for you

4/26/2016 9:34:33 PM(UTC-4), 688369845 (masebands)
N I need a D made

4/26/2016 10:06:16 PM(UTC-4), 652991814 (Rose)
Come tomorrow morning to unc shit

4/26/2016 10:08:42 PM(UTC-4), 688369845 (masebands)
Can u pull-up on me real quick so I can punch these cards up

4/26/2016 10:12:38 PM(UTC-4), 688369845 (masebands)
Or I can pull ups up on u

4/26/2016 10:12:55 PM(UTC-4), 652991814 (Rose)
Pull up

4/26/2016 10:13:04 PM(UTC-4), 652991814 (Rose)
8500 honeycomb

4/26/2016 10:13:14 PM(UTC-4), 688369845 (masebands)
I'll be there in a min

4/26/2016 10:19:48 PM(UTC-4), 688369845 (masebands)
Still got that same num

4/26/2016 10:20:19 PM(UTC-4), 652991814 (Rose)
595

4/26/2016 10:20:52 PM(UTC-4), 688369845 (masebands)
Nah ion got that one

4/26/2016 10:21:10 PM(UTC-4), 652991814 (Rose)
(313) 595-2365

4/29/2016 2:15:11 AM(UTC-4), 688369845 (masebands)
Need more pieces

4/29/2016 7:32:44 AM(UTC-4), 652991814 (Rose)
How many

4/29/2016 10:51:39 AM(UTC-4), 688369845 (masebands)
Either 20 or 15 again imma let you know soon as I get back

4/29/2016 11:29:32 AM(UTC-4), 652991814 (Rose)
Alr