**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Deborah S. Hunt POTTER STEWART U.S. COURTHOUSE Tel. (513) 564-7000
Clerk CINCINNATI, OHIO 45202-3988 www.ca6.uscourts.gov

Filed: January 30, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 18-1151, *USA v. Charles Mason*
Originating Case No. : 2:16-cr-20696-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. Shane N. Cralle
Mr. Mark Henry Magidson

Enclosure

Case: 18-1151 Document: 21 Filed: 03/30/2019 Page: 2

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 18-1151

_____

Filed: January 30, 2019

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

CHARLES MASON

     Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 10/04/2018 the mandate for this case hereby issues today.

 COSTS: None